**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



. . . Y
. . . MENT
. . . TRONICALLY FILED
. . . OC #:_____
. . . E FILED: 5/4/2026

| | |
|---|---|
| Otto Times International, Ltd., | |
| Plaintiff, | Case No. 25-cv-05562-CM |
| v. | **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE** |
| Cheery, LLC, | |
| Defendant. | |

Pursuant to their settlement agreement, the parties stipulate and agree that this matter, including any and all claims and counterclaims herein, be dismissed with prejudice and without award of costs pursuant to FRCP 41 (a)(1)(A)(ii). The parties request and further stipulate and agree, pursuant to their settlement agreement, that the Court no longer retain jurisdiction over this matter.

MINTZ & GOLD, PLLC

s/Carli M. Aberle
Carli M. Aberle
600 Third Avenue, 25th Fl.
New York, NY 10016
Email: aberle@mintzandgold.com
Phone: (212) 696-4848

*Attorney for Cheery, LLC*

BALLARD SPAHR, LLP

s/Steven W. Block
Steven W. Block
1301 Second Ave., Ste. 2800
Seattle, WA 98101-3808
Email: blocks@ballardspahr.com
Phone: (206) 223-7718

*Attorney for Plaintiff Otto Times*
*International, Ltd.*

## ORDER

The parties having so stipulated, it is hereby

ORDERED that this matter be and hereby is

DISMISSED with prejudice and without award of costs or fees; and it is further

ORDERED that the Court shall no longer retain jurisdiction over this matter.


Date: _____4 May_____, 2026.

_____
Hon. Colleen McMahon
United States District Judge